In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners, etc., for the Appointment of Three Commissioners, etc.  Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Motion granted and time extended for one year.  Present — Jenks, P. J., Rich, Stapleton and Putnam, JJ.; Carr, J., not voting.

Lottie Loew, Respondent, v. Charles A. McInerney and Others, Appellants.— Motion for stay granted on reargument on condition that defendants within ten days give a bond in the sum of $2,000, conditioned to pay the interest that shall accrue upon all the mortgages upon said premises pending the stay granted herein, and the taxes upon the property, provided the proceeds of the sale are insufficient to pay plaintiff's claim in full; otherwise, motion for stay denied and temporary stay vacated. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.  Order to be settled before Mr. Justice Burr.

Nunzio Orsino, Respondent, v. Grace Orsino and Others, Appellants.— Motion granted upon condition that appellants pay twenty-five dollars costs and the expenses of advertising, and be ready for argument when reached; otherwise, motion denied, with costs.  Present— Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

The People of the State of New York ex rel. Josiah J. White, Relator, v. Lawson Purdy and Others, Commissioners of Taxes and Assessments, etc., Respondents.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Sarah H. Barnes and Others, Respondents, v. Midland Railroad Terminal Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application to Special Term, if the receiver hereafter gets possession, for an increased bond by the receiver. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Max Baron, Suing on Behalf of Himself and Other Stockholders of the Ball Electrical Illuminating Company, etc., Respondent, v. Ball Electrical Illuminating Company and Others, Appellants.— Order modified by striking from the complaint the allegations thereof marked " Ninth," " Tenth " and " Eleventh " as merely evidentiary and irrelevant; and as so modified affirmed, without costs.  No opinion.  Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Frank D. Creamer and William N. Kenyon, Composing the Firm of Frank D. Creamer & Company, Appellants, v. Jacob Kulla, Respondent, Impleaded with Abraham Cohen, Defendant.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

William Dillworth, Respondent, v. Bornn Hat Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Frank Godesky, Appellant, v. Elizabeth A. Cuff and Michael Cuff, Respondents, Impleaded with Nassau Lumber Company, Defendant.—